UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RANDAL WESLEY,

    Plaintiff,

v.       CAUSE NO. 2:23-cv-00065-JTM-JPK

GASLIGHT ENTERPRISES, INC.,

    Defendant.

### STIPULATION OF DISMISSAL

Come now the Plaintiff, Randal Wesley, pro se, and Defendant, Gaslight Enterprises, Inc., by counsel, and show the Court that all claims against the Defendant, Gaslight Enterprises, Inc., should be dismissed. The parties now move the Court to dismiss this cause of action in its entirety against Defendant, Gaslight Enterprises, Inc., without prejudice. The parties stipulate to the entry of an order of dismissal without prejudice. Each party to bear its own costs.

*/s/ Randal Wesley (with permission)*
Randal Wesley, Plaintiff

*/s/ Cameron S. Huffman*
Cameron S. Huffman (#32014-49)
KOPKA PINKUS DOLIN PC
Meridian Mark II
11711 N. Meridian St., Suite 350
Carmel, IN 46032
*Attorney for Defendant*

1